## E. C. GOOLSBY v. WALTER R. CLARK, as Sheriff of Broward County, Florida, and L. T. CLAIBORNE.

17 So. (2nd) 124                                     January Term, 1944
February 25, 1944                                         Division A

*John W. Whelan,* for appellant.

*E. B. Griffis* and *Rogers, Morris & Griffis,* for appellee.

PER CURIAM:

The record and briefs having been duly considered and no error appearing, the decree is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.